```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS WOODS                                                |
                                                            |
                     Petitioner,                            |     NOT FOR PUBLICATION
                                                            |     **ORDER**
           -against-                                        |     05-CV-4374 (CBA) (JMA)
                                                            |
GAYLE HAPONICK, Superintendent,                             |
Green Haven Correctional Facility                           |
                                                            |
                     Respondent.                            |
                                                            |
------------------------------------------------------------x
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, recommending that Thomas Woods' petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that a certificate of appealability not be issued. Woods has filed objections to the report. Upon de novo review of the Report and Recommendation, Woods' objections thereto, and the parties' critical submissions, the Court hereby adopts the well-reasoned Report and Recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

        SO ORDERED.

Dated:      Brooklyn, New York

             August 25, 2006

                                            Carol Bagley Amon

                                            United States District Judge